COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

| | |
|---|---|
| Appellate case name: | In the Interest of L.M.N. aka L.N., D.Y.L.N., and J.J.L.N., aka J.L.L., Children |
| Appellate case number: | 01-18-00413-CV |
| Trial court case number: | 2015-01217J |
| Trial court: | 315th District Court of Harris County |

This appeal involves the termination of the parent-child relationship. This Court is required to bring the appeal to final disposition within 180 days of May 23, 2018, the date the first notice of appeal was filed, so far as reasonably possible. *See* Tex. R. Jud. Admin. 6.2, *reprinted in* Tex. Gov't. Code Ann., tit. 2, subtit. F app. (Vernon 2013).

Appellants' briefs initially were due to be filed by July 5, 2018. Appellant, M.G.N.T., timely filed a brief on June 28, 2018. After the Clerk of this Court notified appellant, A.L., that the time for filing a brief had expired and a brief had not been filed, A.L. filed a motion for an extension of time. We granted the motion and extended the time to file the brief to August 1, 2018, with no further extensions. Nevertheless, A.L. filed a second motion for an extension of time. We granted that motion and extended the time to file the brief to August 13, 2018, with no further extensions. *See* TEX. R. APP. P. 28.4(a), 38.6(d). A.L. has not filed a brief.

**A.L's brief is due no later than MONDAY, AUGUST 20, 2018. No extensions will be granted.** *See id.* 38.6(d). **If A.L. does not file a brief as directed, we may abate this appeal and remand the case to the trial court to determine whether A.L. wishes to pursue his appeal and whether substitute counsel should be appointed to represent A.L. on appeal.**

It is so ORDERED.

Judge's signature: /s/ Terry Jennings_____
                         Acting individually

Date: August 16, 2018 _____